UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY HARRIS,

        Plaintiff,                      No. 05-CV-74405-DT

vs.                                            Hon. Gerald E. Rosen

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendant.
_____/

## JUDGMENT

At a session of said Court, held in the
U.S. Courthouse, Detroit, Michigan
on    September 19, 2006

PRESENT: Honorable Gerald E. Rosen
                    United States District Judge

The Court having this date entered an Order adopting the Magistrate Judge's May 25, 2006 Report and Recommendation, granting Defendants' Motions to Dismiss, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint against Defendants Roth, Lee, Jones and Armstrong is dismissed, with prejudice, on frivolousness grounds.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint against Defendants CMS, Mishra, Mathai, Kakani, and Shaw is dismissed, without prejudice.[1]

                                                s/Gerald E. Rosen
                                                Gerald E. Rosen
                                                United States District Judge

Dated: September 19, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 19, 2006, by electronic and/or ordinary mail.

                                                s/LaShawn R. Saulsberry
                                                Case Manager

---

[1] Plaintiff's claims against Defendant Michigan Department of Corrections were previously dismissed on Eleventh Amendment immunity grounds.